IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TORRIS BOYD, | : | |
| Plaintiff | : | Civil No. 3:15-cv-1577 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| WARDEN EBBERT, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 19th day of August, 2015, in accordance with the Memorandum of same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 2) to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is **GRANTED**.

2. Plaintiff shall **FILE** an amended complaint on or before September 18, 2015.

3. The amended complaint shall contain the same case number that is presently assigned to this action, 3:15-CV-1577, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. *See* FED. R. CIV. P. 8(d).

4. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court and will result in dismissal of the complaint. *See* FED. R. CIV. P. 20.

5. Plaintiff is warned that failure to timely file an amended complaint will result in dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge